HAWTHORNE, Justice
(dissenting).
It is my view that the ruling of the Civil Service Commission in this case is correct and should be affirmed.
*125 Appellant was removed pursuant to the requirements of Rule 12.9(b), quoted m the majority opinion. This rule, which has the effect of law, the Commission had power and authority to adopt under Article 14, Section 15(1), of our state Constitution, which provides: “There is vested in the State Civil Service Commission * * * the authority and power * * * to adopt * * * and enforce rules which shall have the effect of law, regulating employment, * * * removal, qualifications, and other personnel matters * * * and employment conditions * * *, and carrying out generally in the foregoing respects, and as may be otherwise necessary to that end, the provisions and purposes of Civil Service * * (Italics mine.)
R.S. 42:585 requires compulsory retirement of state employees in the classified service who are members of the Louisiana State Employees’ Retirement System upon attainment of age 70. This statute has no application to state employees in the classified service who are not members of this system. To place all state employees who are in the classified service in the same situation as to retirement and to' provide uniform requirements as to the retirement age, the Commission adopted Rule 12.9(b). It is thus apparent that this rule is one “regulating employment” and “removal”, and hence authority to adopt it is vested in the Commission by Article 14, Section 15(1), of the Constitution.
I respectfully dissent.
On Petition for Rehearing
Rehearing denied.
McCALEB, J., dissents.
HAWTHORNE, J., adheres to his dissent on the original hearing.